151 A.3d 977

BAC HOME LOANS SERVICING, L.P., F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P., PLAINTIFF-RESPONDENT, v. GEORGE S. ELGHOSSAIN AND MONA C. ELGHOSSAIN, DEFENDANTS-PETITIONERS.

September 23, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002658-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

151 A.3d 977

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. WILLIAM BURKERT, DEFENDANT-RESPONDENT.

September 23, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005103-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.